IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 03-cr-00434-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

3.    JOEL ROSALES-VENTURA,

        Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Upon request of defense counsel, the supervised release violation hearing regarding Defendant Rosales-Ventura set **Friday, May 7, 2010 at 10:00 a.m. is vacated and reset to Wednesday, May 5, 2010 at 09:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

DATED:  March 17, 2010
_____